**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Jason P. Schultheiss,<br>Defendant. | Report No: 223-2022-MPC055-3E2<br>Criminal No.:<br>Date: 08/9/2022<br>**Information**<br>Violation: Title 18 U.S.C. § 930 |

The United States Attorney charges that:

On or about August 9, 2022, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

**JASON P. SCHULTHEISS**,

COUNT I

did, knowingly possess or cause to be present a firearm or other dangerous weapon, in a Federal facility, to wit: a Springfield Armory XDM, .45 caliber pistol, on Fort Leavenworth, in violation of Title 18, United States Code Section 930. (Class A Misdemeanor)

DUSTON J. SLINKARD
United States Attorney
District of Kansas


TANYA J. BUETTGENBACH
~~Special Assistant United States Attorney~~

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge